IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KANWAR SINGH, )<br>#047-071-013 )<br>Petitioner, )<br> )<br>vs. )<br> )<br>JIMMY JOHNSON, Warden, et al., )<br>Respondents. ) | No. 3:23-CV-192-E-BH |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (doc. 9). No objections were filed. The District Court reviewed the proposed findings, conclusion, and recommendation for palin error. Finding none, the Court **ACCEPTS** the Magistrate Judge's Findings, Conclusions, and Recommendation. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241*, received on January 25, 2023 (doc. 3), is **DISMISSED** without prejudice for lack of jurisdiction.

A certificate of appealability (COA) is not required to appeal the denial of relief under 28 U.S.C. § 2241.  *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005).  If the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED:** May 3, 2023

Ada Brown
UNITED STATES DISTRICT JUDGE